# ORDER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JASON PONTILLO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIEGFRIED'S BASEMENT, LLC,<br><br>Defendant. | Case No. 2:24-cv-09448 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jason Pontillo hereby gives notice that his individual claims in this action against Defendant Siegfried's Basement, LLC are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 10, 2025

By: */s/ Patrick Howard*
Patrick Howard (NJ Atty ID #02280-2001)
**SALTZ MONGELUZZI &**
**BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Tel: (215) 575-3895
phoward@smbb.com

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
raina@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

So Ordered:

*s/Jamel K. Semper*
Hon. Jamel K. Semper, U.S.D.J.
**Dated: January 13, 2025**